UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

LAQUANA M. GORDON,

    Petitioner,

V.

DAVID PAUL, Warden,

    Respondent.

Civil Action No. 5: 23-52-KKC

JUDGMENT

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

    1.    LaQuana Gordon's petition for a writ of habeas corpus [R. 1] is **DENIED** without prejudice.

    2.    This action is **STRICKEN** from the Court's docket.

Entered:  February 23, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY